# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newsom, Kevin C. | U.S. Court of Appeals, Eleventh Circuit | 07/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Hugo L. Black United States Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Overseer, Adjunct Faculty | Samford University |
| 2. | Adjunct Faculty | University of Alabama |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Alabama (teaching) | $12,000.01 |
| 2. 2018 | Samford University (teaching) | $11,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Golds Holding Corp (wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 1/22/18 - 1/24/18 | Boston, MA | Speaking Engagement | Transportation, meals, lodging |
| 2. | Stanford University | 2/09/18 - 2/11/18 | San Francisco, CA | Conference | Transportation, meals, lodging |
| 3. | Federalist Society | 2/14/18 - 2/15/18 | Charlottesville, VA | Speaking Engagement | Transportation, meals, lodging |
| 4. | Federalist Society | 3/1/18 - 3/3/18 | San Francisco, CA | Speaking Engagement | Transportation, meals, lodging |
| 5. | Federalist Society | 3/9/18 - 3/11/18 | Washington, D.C. | Speaking Engagement | Transportation, meals, lodging |
| 6. | Federalist Society | 3/13/18 - 3/14/18 | Philadelphia, PA | Speaking Engagement | Transportation, meals, lodging |
| 7. | Federalist Society | 4/24/18 - 4/25/18 | Chicago, IL | Speaking Engagement | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Newsom, Kevin C. | 07/29/2019 |

| | | | | |
| --- | --- | --- | --- | --- |
| 8. | Heritage Foundation | 6/5/18 - 6/6/18 | Ft. Lauderdale, FL | Speaking Engagement | Transportation, meals, lodging |
| 9. | Univ. of Alabama School of Law | 8/21/18 | Tuscaloosa, AL | Teaching | Mileage |
| 10. | Univ. of Alabama School of Law | 8/23/18 | Tuscaloosa, AL | Teaching | Mileage |
| 11. | Univ. of Alabama School of Law | 8/28/18 | Tuscaloosa, AL | Teaching | Mileage |
| 12. | Univ. of Alabama School of Law | 8/30/18 | Tuscaloosa, AL | Teaching | Mileage |
| 13. | Univ. of Alabama School of Law | 9/4/18 | Tuscaloosa, AL | Teaching | Mileage |
| 14. | Univ. of Alabama School of Law | 9/6/18 | Tuscaloosa, AL | Teaching | Mileage |
| 15. | Univ. of Alabama School of Law | 9/11/18 | Tuscaloosa, AL | Teaching | Mileage |
| 16. | Univ. of Alabama School of Law | 9/13/18 | Tuscaloosa, AL | Teaching | Mileage |
| 17. | Univ. of Alabama School of Law | 9/18/18 | Tuscaloosa, AL | Teaching | Mileage |
| 18. | Univ. of Alabama School of Law | 9/20/18 | Tuscaloosa, AL | Teaching | Mileage |
| 19. | College of William and Mary | 9/21/18 - 9/23/18 | Williamsburg, VA | Conference | Transportation, meals, lodging |
| 20. | Univ. of Alabama School of Law | 10/2/18 - 10/2/18 | Tuscaloosa, AL | Teaching | Mileage |
| 21. | Federalist Society | 10/2/18 - 10/3/18 | Boston, MA | Speaking Engagement | Transportation, meals, lodging |
| 22. | Univ. of Alabama School of Law | 10/4/18 - 10/4/18 | Tuscaloosa, AL | Teaching | Mileage |
| 23. | Univ. of Alabama School of Law | 10/9/18 - 10/9/18 | Tuscaloosa, AL | Teaching | Mileage |
| 24. | Univ. of Alabama School of Law | 10/11/18 - 10/11/18 | Tuscaloosa, AL | Teaching | Mileage |
| 25. | Univ. of Alabama School of Law | 10/16/18 - 10/16/18 | Tuscaloosa, AL | Teaching | Mileage |
| 26. | Univ. of Alabama School of Law | 10/18/18 - 10/18/18 | Tuscaloosa, AL | Teaching | Mileage |
| 27. | Federalist Society | 10/25/18 - 10/28/18 | San Francisco, CA | Speaking Engagement | Transportation, meals, lodging |
| 28. | Univ. of Alabama School of Law | 10/30/18 - 10/30/18 | Tuscaloosa, AL | Teaching | Mileage |
| 29. | Federalist Society | 10/30/18 - 10/31/18 | New Haven, CT | Speaking Engagement | Transportation, meals, lodging |
| 30. | Univ. of Alabama School of Law | 11/1/18 - 11/1/18 | Tuscaloosa, AL | Teaching | Mileage |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 31. | Univ. of Alabama School of Law | 11/13/18 - 11/13/18 | Tuscaloosa, AL | Teaching | Mileage |
| 32. | Univ. of Alabama School of Law | 11/15/18 - 11/15/18 | Tuscaloosa, AL | Teaching | Mileage |
| 33. | Federalist Society | 11/16/18 - 11/18/18 | Washington, D.C. | Speaking Engagement | Transportation, meals, lodging |
| 34. | Univ. of Alabama School of Law | 11/20/18 - 11/20/18 | Tuscaloosa, AL | Teaching | Mileage |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (cash) | A | Interest | J | T | | | | | |
| 2. BROKERAGE #1 (H) | | | | | | | | | |
| 3. DJIA LIRN (MLTRN) | | None | K | T | | | | | |
| 4. DJIA LIRN (MLZNC) | | None | L | T | | | | | |
| 5. DJIA LIRN HSBC (MLVJJ) | | None | K | T | Buy | 09/27/18 | K | | |
| 6. DJIA LIRN (MLTUR) | | None | K | T | | | | | |
| 7. DJIA LIRN (MLTJT) | | None | L | T | | | | | |
| 8. DJIA LIRN WFC (MLVEQ) | | None | K | T | Buy | 03/28/18 | K | | |
| 9. DJUSRE (MLTZW) | | None | | | Redeemed | 09/28/18 | K | A | |
| 10. GEB CLIRN (MLTEZ) | | None | K | T | | | | | |
| 11. GEB CLIRN (MLTHD) | | None | K | T | | | | | |
| 12. MSCI EM ARN (MLVHT) | | None | K | T | Buy | 07/26/18 | K | | |
| 13. MSCI EM CLIRNS ISS BNS (MLVKT) | | None | K | T | Buy | 11/29/18 | K | | |
| 14. R2000 CLIRN BARC (MLVKR) | | None | K | T | Buy | 11/29/18 | K | | |
| 15. R2000 CLIRN (MLTFR) | | None | L | T | | | | | |
| 16. R2000 CLIRN (MLTHC) | | None | K | T | | | | | |
| 17. R2000 CLIRN (MLTEV) | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPSORBK ARNS BNS (MLVHK) | | None | K | T | Buy | 06/28/18 | K | | |
| 19. SPX CLIRN (MLTDU) | | None | | | Redeemed | 11/21/18 | L | D | |
| 20. SP500 CLIRN (MLTGW) | | None | | | Redeemed | 05/25/18 | K | B | |
| 21. SP500 CLIRN BARCLAY (MLVFT) | | None | K | T | Buy | 05/24/18 | K | | |
| 22. SP500 CLIRN (MLVCD) | | None | L | T | | | | | |
| 23. SP500 CLIRN BOFA (MLVKQ) | | None | K | T | Buy | 11/29/18 | K | | |
| 24. SP500 CLIRN (MLTGZ) | | None | K | T | | | | | |
| 25. SP500 CLIRN (MLTUQ) | | None | | | Redeemed | 02/23/18 | K | C | |
| 26. SP500 CLIRN (MLTER) | | None | | | Redeemed | 03/29/18 | K | B | |
| 27. SP500 CLIRN (MLTDQ) | | None | K | T | | | | | |
| 28. SX5E CLIRN (MLVBB) | | None | K | T | | | | | |
| 29. SX5E CLIRN (MLVGO) | | None | K | T | Buy | 05/24/18 | K | | |
| 30. SX5E CLIRN (MLTGY) | | None | | | Sold | 05/25/18 | K | B | |
| 31. SX5E CLIRN (MLTJR) | | None | K | T | | | | | |
| 32. American New World (NEWFX) | A | Dividend | K | T | | | | | |
| 33. American Fund Bal (ABALX) | B | Dividend | L | T | | | | | |
| 34. American Growth (AGTHX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   American Income (AMECX) | B | Dividend | L | T | | | | | |
| 36.   First TR Exchange (FDN) | | None | | | Buy | 07/17/18 | K | | |
| 37. | | | | | Sold | 08/27/18 | K | | |
| 38.   IShares Russell 1000 Growth (IWF) | A | Dividend | K | T | | | | | |
| 39.   IShares MidCap Russell (IWP) | A | Dividend | J | T | | | | | |
| 40.   Select Sector SPDR TR (XLK) | | None | K | T | Buy | 04/10/18 | K | | |
| 41. | | | | | Sold | 08/27/18 | K | B | |
| 42. | | | | | Buy | 11/28/18 | K | | |
| 43.   BROKERAGE #2 (H) | | | | | | | | | |
| 44.   ML Bank Deposit Program (cash) | A | Interest | K | T | | | | | |
| 45.   Vodafone Group 1.5% Corp Bond 02/19/18 (92857WBE9) | A | Interest | | | Redeemed | 02/20/18 | K | | |
| 46.   Northrop Grumman 1.75% Corp Bond 06/01/18 (666807BF8) | A | Interest | | | Redeemed | 06/01/18 | K | | |
| 47.   Mylan Inc 2.6% Corp Bond 06/24/18 (628530AX5) | A | Interest | | | Redeemed | 04/30/18 | K | | |
| 48.   Oneok Partners 3.2% Corp Bond 09/5/18 | A | Interest | | | Redeemed | 08/15/18 | K | | |
| 49.   Abbvie Inc 2.0% Corp Bond 11/06/18 (00287YAK5) | A | Interest | | | Redeemed | 11/06/18 | K | | |
| 50.   Humana Inc 2.625% Corp Bond 10/01/19 (444859BC5) | A | Interest | K | T | | | | | |
| 51.   Dominion Res 2.5% Corp Bond 12/01/19 (25746UCA5) | A | Interest | | | Redeemed | 12/17/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs 2.3% Corp Bond 2/13/19 (38145GAJ9) | A | Interest | K | T | | | | | |
| 53. Viacom Inc 2.75% Corp Bond 12/15/19 (92553PAY8) | A | Interest | K | T | | | | | |
| 54. Eastman Chemical 2.70% Corp Bond 01/15/20 (277432AQ3) | A | Interest | J | T | Redeemed (part) | 11/29/18 | J | | |
| 55. Morgan Stanley 2.65% Corp Bond 01/27/20 (61747YDW2) | A | Interest | K | T | | | | | |
| 56. Phillips 66 2.646% Corp Bond 02/15/20 (718549AA6) | A | Interest | K | T | | | | | |
| 57. Goldman Sachs 2.6% Corp Bond 04/23/20 (38148LAA4) | A | Interest | K | T | | | | | |
| 58. American Express FLT% Corp Bond 09/14/20 (0258M0DY2) | A | Interest | K | T | | | | | |
| 59. JP Morgan Chase 2.55% Corp Bond 10/29/20 (46625HNX4) | A | Interest | K | T | | | | | |
| 60. Autonation Inc 3.35% Corp Bond 01/15/21 (0258M0DY2) | A | Interest | K | T | | | | | |
| 61. Kroger Co 2.6% Corp Bond 02/01/21 (501044DB4) | A | Interest | K | T | | | | | |
| 62. Citigroup Inc 2.7% Corp Bond 03/30/21 (172967KK6) | A | Interest | K | T | | | | | |
| 63. USD Goldcorp Inc 3.625% Corp Bond 06/09/21 (380956AF9) | A | Interest | K | T | Buy | 08/23/18 | K | | |
| 64. Wells Fargo 2.1% Corp Bond 07/26/21 (949746SA0) | A | Interest | K | T | | | | | |
| 65. Canada Nat Res 3.45% Corporate Bond 11/15/21 (136385AR2) | A | Interest | K | T | | | | | |
| 66. Williams Partners 4.0% Corp Bond 11/15/21 (96950FAH7) | A | Interest | K | T | | | | | |
| 67. Cigna Corp 4.0% Corp Bond 02/15/22 (125509BS7) | A | Interest | K | T | Buy | 06/11/18 | K | | |
| 68. Verizon Comm 2.946% Corp Bond 03/15/22 (92343VDQ4) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Amgen Inc 2.65% Corp Bond 05/11/22 (031162CP3) | A | Interest | K | T | | | | | |
| 70. Devon Energy 3.25% Corp Bond 05/15/22 (25179MAP8) | A | Interest | K | T | | | | | |
| 71. Morgan Stanley 2.75% Corp Bond 05/19/22 (61744YAH1) | A | Interest | K | T | | | | | |
| 72. Kraft Food Group 3.5% Corp Bond 06/06/22 (500760AZ9) | A | Interest | K | T | Buy | 05/08/18 | K | | |
| 73. USD Cenovus Energy 3.0% Bond 08/15/22 (15135UAG4) | A | Interest | K | T | | | | | |
| 74. Kinder Morgan Ener Part 3.95% Corp Bond 09/01/22 (494550BL9) | | None | K | T | Buy | 11/28/18 | K | | |
| 75. Hewlett-Packard Co 4.05% Corp Bond 09/15/22 (428236BXO) | A | Interest | K | T | Buy | 04/09/18 | K | | |
| 76. Oneok Partners 3.375% Corp Bond 10/01/22 (68268NAJ2) | A | Interest | K | T | | | | | |
| 77. CVS Health Corp 3.7% Corp Bond 03/09/23 (126650CVO) | A | Interest | K | T | Buy | 08/23/18 | K | | |
| 78. Morgan Stanley 4.1% Corp Bond 05/22/23 (61747YDU6) | B | Interest | K | T | Buy | 03/20/18 | K | | |
| 79. Spectra Energy 3.3% 03/15/23 (84755TAE7) | A | Interest | | | Redeemed | 03/27/18 | K | | |
| 80. USD Cenovus Energy 3.8% Bond 09/15/23 (15135UAJ8) | A | Interest | K | T | | | | | |
| 81. Citigroup Inc FLT% Corp Bond 05/17/24 (172967LL3) | A | Interest | K | T | | | | | |
| 82. Hess Corp 3.5% Corp Bond 07/15/24 (42809HAF4) | A | Interest | K | T | | | | | |
| 83. Autozone Inc 3.25% Corp Bond 04/15/25 (053332AR3) | A | Interest | K | T | | | | | |
| 84. Morgan Stanley Step% Corp Bond 07/28/27 (61760QKN3) | A | Interest | K | T | | | | | |
| 85. Wells Fargo Step% Corp Bond 03/22/29 (95000N2E8) | A | Interest | | | Sold | 08/13/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wells Fargo Step% Corp Bond 04/30/30 (94986RPM7) | A | Interest | | | Sold | 12/11/18 | K | | |
| 87. JP Morgan Chase Step% Corp Bond 09/23/30 (48125UY30) | A | Interest | K | T | | | | | |
| 88. Jefferies Grp Step% Corp Bond 07/21/31 (47233JAC2) | A | Interest | J | T | | | | | |
| 89. Goldman Sachs Step% Corp Bond 08/17/31 (38148TNJ4) | A | Interest | | | Sold | 12/11/18 | K | | |
| 90. Bank of America Step% Corp Bond 08/28/32 (06048WUP3) | A | Interest | | | Sold | 06/26/18 | K | | |
| 91. Goldman Sachs Step% Corp Bond 07/06/36 (38148TN96) | A | Interest | | | Sold | 07/17/18 | K | | |
| 92. IRA #1 (H) | | | | | | | | | |
| 93. Thermo Fisher Scientific 2.4% Corporate Bond 2/1/19 (883556BE1) | A | Interest | | | Sold | 05/04/18 | J | | |
| 94. HCP, Inc. 2.625% Corporate Bond 2/1/20 (40414LAH2) | A | Interest | J | T | | | | | |
| 95. Marathon Oil 2.7% Corp Bond 6/1/20 (565849AN6) | A | Interest | J | T | | | | | |
| 96. Kraft Foods Group Inc 3.5% Corp Bond 06/06/22 (50076QAZ9) | A | Interest | J | T | Buy | 10/03/18 | J | | |
| 97. CVS Health Corp 3.5% Corp Bond 07/20/22 (126650CK4) | | None | J | T | Buy | 10/03/18 | J | | |
| 98. JPMorgan Chase & Co 3.25% Corp Bond 09/23/22 (46625HJE1) | | None | J | T | Buy | 10/03/18 | J | | |
| 99. Conoco 3.35% Corporate Bond 11/15/24 (20826FAD8) | A | Interest | J | T | | | | | |
| 100. SP500 CLIRN (MLTXW) | | None | | | Sold | 07/27/18 | K | B | |
| 101. iShares MSCI EAFE (EFA) | A | Dividend | | | Sold | 10/04/18 | J | | |
| 102. iShares MSCI Emerging (EEM) | A | Dividend | | | Sold | 10/04/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. iShares RS 2000 Value (IWN) | A | Dividend | | | Sold | 10/04/18 | J | A | |
| 104. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | | | Sold | 10/04/18 | J | B | |
| 105. DJIA LIRNS Issuer BNS (MLVJV) | | None | K | T | Buy | 10/25/18 | K | | |
| 106. INTL BKT LIRN Iss BOFA (MLVJW) | | None | K | T | Buy | 10/25/18 | K | | |
| 107. MSCI EM CLIRN Iss BOFA (MLVJU) | | None | K | T | Buy | 10/25/18 | K | | |
| 108. R2000 CLIRN Iss CIBC (MLVJT) | | None | K | T | Buy | 10/25/18 | K | | |
| 109. IRA #2 (H) | | | | | | | | | |
| 110. Bank of America RASP (cash) | A | Interest | K | T | | | | | |
| 111. Pioneer Natural Resource 3.45% Corp Bond 01/15/21 (723787AL1) | | None | K | T | Buy | 10/05/18 | K | | |
| 112. USD Goldcorp Inc 3.625% Corp Bond 06/09/21 (380956AF9) | A | Interest | K | T | Buy | 10/05/18 | K | | |
| 113. HP Enterprise Co 3.5% Corp Bond 10/05/21 (42824CBC2) | | None | K | T | Buy | 10/05/18 | K | | |
| 114. Viacom Inc 3.875% Corp Bond 12/15/21 (92553PAJ1) | A | Interest | K | T | Buy | 10/04/18 | K | | |
| 115. Cigna Corp 4.0% Corp Bond 02/15/22 (125509BS7) | | None | K | T | Buy | 10/01/18 | K | | |
| 116. Kraft Food Group Inc 3.5% Corp Bond 06/06/22 (500760AZ9) | A | Interest | K | T | Buy | 10/01/18 | K | | |
| 117. JPMorgan Chase & Co FLT% Corp Bond 06/18/22 (46647PAT3) | A | Interest | K | T | Buy | 10/01/18 | K | | |
| 118. CVS Health Corp 3.5% Corp Bond 07/20/22 (126650CK4) | | None | K | T | Buy | 10/01/18 | K | | |
| 119. Celgene Corp 3.55% Corp Bond 08/15/22 (151020AR5) | | None | K | T | Buy | 10/04/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Goldman Sachs Group Inc 3.625% Corp Bond 01/22/23 (38141GRD8) | | None | K | T | Buy | 10/04/18 | K | | |
| 121. Health Care Reit Inc 3.75% Corp Bond 03/15/23 (42217KBA3) | | None | K | T | Buy | 10/04/18 | K | | |
| 122. DJIA LIRNS Issuer BNS (MLVJV) | | None | K | T | Buy | 10/25/18 | K | | |
| 123. MSCI EM CLIRN Iss BOFA (MLVJU) | | None | K | T | Buy | 10/25/18 | K | | |
| 124. R2000 CLIRN Iss CIBC (MLVJT) | | None | K | T | Buy | 10/25/18 | K | | |
| 125. SP500 CLIRN Issuer CIBC (MLVJS) | | None | K | T | Buy | 10/25/18 | K | | |
| 126. Dodge & Cox Income (DODIX) | B | Dividend | L | T | | | | | |
| 127. First Eagle Global A (SGENX) | C | Dividend | L | T | | | | | |
| 128. Harbor Small Cap Growth Institutional (HASGX) | D | Dividend | K | T | | | | | |
| 129. Putnam Equity Income Y (PEIYX) | D | Dividend | M | T | | | | | |
| 130. RETIREMENT PLAN #2 (H) | | | | | | | | | |
| 131. CREF Stock R3 Fund | | None | J | T | | | | | |
| 132. CREF Growth R3 Fund | | None | J | T | | | | | |
| 133. CREF Equity Index R3 Fund | | None | J | T | | | | | |
| 134. CREF Global Equities R3 | | None | J | T | | | | | |
| 135. CREF Equity Index R2 Fund | | None | J | T | | | | | |
| 136. CREF Bond Market R2 Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TIAA Traditional Fund | | None | J | T | | | | | |
| 138. CREF Stock R2 Fund | | None | J | T | | | | | |
| 139. CREF Equity Index R1 Fund | | None | J | T | | | | | |
| 140. CREF Money Market Fund | | None | J | T | | | | | |
| 141. RETIREMENT PLAN #3 (H) | | | | | | | | | |
| 142. FID Overseas K (FOSKX) | A | Dividend | J | T | | | | | |
| 143. FID Growth Co K (FGCKX) | A | Dividend | J | T | | | | | |
| 144. FID OTC K (FOCKX) | A | Dividend | J | T | | | | | |
| 145. FID 500 Index (FXAIX) (X) | A | Dividend | J | T | | | | | |
| 146. RETIREMENT PLAN #4 (H) | | | | | | | | | |
| 147. FID Growth Co K (FGCKX) | A | Dividend | J | T | | | | | |
| 148. FID OTC Portfolio (FOCKX) | A | Dividend | J | T | | | | | |
| 149. Fmmt Retirement GOV II (FRTXX) | A | Dividend | J | T | | | | | |
| 150. FID 500 Index (FXAIX) (X) | A | Dividend | J | T | | | | | |
| 151. FID Overseas K (FOSKX) | A | Dividend | J | T | | | | | |
| 152. 529 Plan #1 (H) | | | | | | | | | |
| 153. Virginia 529 2024 Age-Based Portfolio | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. 529 Plan #2 (H) | | | | | | | | | |
| 155. My529 Age-Based Aggressive Global Portfolio | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV: Collectively, mileage reimbursements from the University of Alabama are in excess of the reporting threshold.

Part VII, line 10: Symbol change only.

Part VII, line 155: Formerly "Utah Educational Savings Plan."

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 3, 41, 42, 90, 128, 131, 133, & 136 (2017): These holdings are not reportable in 2018; there are no corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin C. Newsom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544